# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **ROBIN DARNELL,** | ) |
| | ) |
| | ) Case No. 2:08CV00066 |
| Plaintiff, | ) |
| | ) **FINAL JUDGMENT** |
| v. | ) |
| | ) By: James P. Jones |
| **COMMISSIONER OF SOCIALSECURITY,** | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations dated February 26, 2010, to which the plaintiff objected, it is

**ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: March 11, 2010

/s/ JAMES P. JONES
_____
Chief United States District Judge